FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 NOV 30 PM 3:53

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST D. CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **1:22CR102** |
| Plaintiff, | JUDGE **J. COLE** |
| v. | INDICTMENT |
| STEVEN B. WALDON, and | 18 U.S.C. § 2 |
| | 21 U.S.C. § 841(a)(1) |
| CHRISTOPHER D. WALKER JR., | 21 U.S.C. § 841(a)(1)(A) |
| | 21 U.S.C. § 841(b)(1)(B) |
| Defendants. | 21 U.S.C. § 841(b)(1)(C) |
| | 21 U.S.C. § 846 |
| | FORFEITURE ALLEGATION |

**THE GRAND JURY CHARGES**:

### COUNT 1
**(Conspiracy to Possess with Intent to Distribute Cocaine and Fentanyl)**

Beginning in January of 2021 and continuing up to and including the date of this Indictment, in the Southern District of Ohio, and elsewhere, the defendants, **STEVEN B. WALDON,** and **CHRISTOPHER D. WALKER JR.,** did knowingly and intentionally combine, conspire, confederate and agree with each other and with others both known and unknown to the Grand Jury, to possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substances.

**In violation of 21 U.S.C. § § 846, 841(a)(1), 841(b)(1)(A), 841(b)(1)(B) and 841(b)(1)(C).**

## COUNT 2
### (Distribution of Fentanyl)

On or about January 21, 2021, in the Southern District of Ohio, and elsewhere, the defendants, **STEVEN B. WALDON,** and **CHRISTOPHER D. WALKER JR.,** did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl], a Schedule II controlled substance.

**In violation of 21 U.S.C.§ § 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.**

## COUNT 3
### (Distribution of Fentanyl)

On or about February 2, 2021, in the Southern District of Ohio, and elsewhere, the defendants, **STEVEN B. WALDON,** and **CHRISTOPHER D. WALKER JR.,** did knowingly and intentionally distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl], a Schedule II controlled substance.

**In violation of 21 U.S.C.§ § 841(a)(1) and 841(b)(1)(B) and 18 U.S.C.§ 2.**

## COUNT 4
### (Distribution of Fentanyl)

On or about March 8, 2021, in the Southern District of Ohio, and elsewhere, the defendants, **STEVEN B. WALDON,** did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl], a Schedule II controlled substance.

**In violation of 21 U.S.C.§ § 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.**

## COUNT 5

### (Distribution of Fentanyl)

On or about March 17, 2021, in the Southern District of Ohio, and elsewhere, the defendants, **STEVEN B. WALDON,** and **CHRISTOPHER D. WALKER JR.,** did knowingly and intentionally distribute a mixture and substance containing a detectable amount of fentanyl, also known as N-phenyl-N-[1-(2-phenylethyl)-4-piperindinyl], a Schedule II controlled substance.

**In violation of 21 U.S.C.§ § 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2.**

## COUNT 6
### (Possession with Intent to Distribute Fentanyl)

On or about April 13, 2021, in the Southern District of Ohio, and elsewhere, the defendant, **CHRISTOPHER D. WALKER JR.,** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C.§ § 841(a)(1) and 841(b)(1)(A) and 18 U.S.C.§ 2.**

## FORFEITURE ALLEGATION

Upon conviction of one or more of the offenses set forth in this Indictment, the defendants, **STEVEN B. WALDON,** and **CHRISTOPHER D. WALKER JR.,** shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), (1) any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation(s), and (2) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation(s), including but not limited to:

- $5,000.00 in United States currency;

- A Glock Model 27 40 caliber handgun, serial number RES405, with any attachments, and 9 rounds of 40 caliber ammunition;

- A SCCY CPX-1 9mm pistol, obliterated serial number, with any attachments and ammunition; and

- A Bersa Firestorm .380 caliber pistol, serial number 801097, with any attachments and 7 rounds of rounds of .380 ACP caliber ammunition.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

**A TRUE BILL**

/s/
**GRAND JURY FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**ANTHONY SPRINGER**
**ASSISTANT UNITED STATES ATTORNEY**

EG